# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eureka Database Solutions, LLC<br><br>v.<br>Avid Technology, Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:19-cv-07583 CAS(RAOx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

10/1/19                                   Philip S. Gutierrez
_____                           _____
Date                                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____                           _____
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:19-cv-04886 PSG(PJWx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Oliver  to Magistrate Judge  Walsh .

On all documents subsequently filed in this case, please substitute the initials  PSG(PJWx)  after the case number in place of the initials of the prior judge, so that the case number will read  2:19-cv-07583 PSG(PJWx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge    [ ] Statistics Clerk

CV-34 (03/19)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)