Hilary L. Preston, (*pro hac vice to be requested*)
  hpreston@velaw.com
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103
Telephone: (212) 237-0129
Facsimile:  (917) 849-5342

Bruce L. Ishimatsu (CSBN 86145)
  bruce@ishimatsulaw.com
ISHIMATSU LAW GROUP P.C.
4712 Admiralty Way, No. 1012
Marina del Rey, CA 90292
Telephone: (310) 200-4060
Facsimile: (310) 496-1540

Attorneys for Defendant
AVID TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUREKA DATABASE SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AVID TECHNOLOGY, INC.,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-07583-PSG-PJW<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date:  January 6, 2020<br>Hearing Time:  1:30 PM<br>Courtroom:  6A<br>Judge:  Judge Philip S. Gutierrez |

1  PLEASE TAKE NOTICE THAT at 1:30PM on January 6, 2019, or as soon
2  thereafter as may be heard, before The Honorable Philip S. Gutierrez, in Courtroom
3  6A in the United States District Court for the Central District of California in Los
4  Angeles, California, Defendant Avid Technology, Inc. ("Avid") will and hereby does
5  move, in accordance with Fed. R. Civ. P. 12(b)(6), to dismiss the case against
6  Defendant, filed on August 30, 2019.

7  The grounds for this motion include that the patents-in-suit are directed to an
8  abstract idea and do not contain an inventive concept sufficient to transform the
9  claimed abstract idea into a patent-eligible application, and that the complaint fails to
10 sufficiently state a claim for patent infringement.  The motion is based upon this Notice
11 and Motion, the attached Memorandum of Points and Authorities, the pleadings and
12 records on file in this action, and upon any additional evidence and argument that may
13 be presented before or at the hearing of this motion.

14 This motion is made following the conference of counsel pursuant to L.R. 7-3.
15 Counsel met and conferred in person on October 16, 2019 but were unable to reach an
16 agreement as to the deficiencies of the complaint or the subject matter eligibility of the
17 asserted patents.

18 DATED:  October 23, 2019                 By: */s/ Bruce L. Ishimatsu*
19                                             Bruce L. Ishimatsu

20                                             Hilary L. Preston, (*Pro Hac Vice pending*)
                                                 hpreston@velaw.com
21                                             VINSON & ELKINS L.L.P.
                                               666 Fifth Avenue, 26th Floor
22                                             New York, New York 10103
                                               Telephone: (212) 237-0129
23                                             Facsimile:  (917) 849-5342

24                                             Parker D. Hancock, (*Pro Hac Vice to be Requested*)
25                                             phancock@velaw.com
                                               VINSON & ELKINS L.L.P.
26                                             1001 Fannin St., Suite 2600
                                               Houston, Texas 77002
27                                             Telephone: (713) 758-2153
                                               Facsimile:  (713) 615-5140
28

| | |
|---|---|
| 1 | Matthew J. Melancon, (*Pro Hac Vice to be Requested*) |
| 2 | mmelancon@velaw.com |
| | VINSON & ELKINS L.L.P. |
| 3 | 2801 Via Fortuna, Suite 100 |
| | Austin, Texas 78746 |
| 4 | Telephone: (512) 542-8470 |
| | Facsimile:  (512) 542-8612 |
| 5 | |
| | Bruce L. Ishimatsu (CSBN 86145) |
| 6 |  bruce@ishimatsulaw.com |
| | ISHIMATSU LAW GROUP P.C. |
| 7 | 4712 Admiralty Way, No. 1012 |
| | Marina Del Rey, CA 90292 |
| 8 | Telephone: (310) 200-4060 |
| | Facsimile: (310) 496-1540 |
| 9 | |
| 10 | Attorneys for Defendant |
| | AVID TECHNOLOGY, INC. |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, the document above was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case

                                                */s/ Bruce L. Ishimatsu*_____
                                                Bruce L. Ishimatsu