Hilary L. Preston, (*pro hac vice*)
  hpreston@velaw.com
VINSON & ELKINS L.LP.
666 Fifth Avenue, 26th Floor
New York, New York 10103
Telephone: (212) 237-0129
Facsimile:  (917) 849-5342

Bruce L. Ishimatsu (CSBN 86145)
  bruce@ishimatsulaw.com
ISHIMATSU LAW GROUP P.C.
4712 Admiralty Way, No. 1012
Marina del Rey, CA 90292
Telephone: (310) 200-4060
Facsimile: (310) 496-1540

Attorneys for Defendant
AVID TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUREKA DATABASE SOLUTIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AVID TECHNOLOGY, INC.,<br><br>　　　　　　　Defendant. | Case No.: 2:19-cv-07583-PSG-PJW<br><br>**DEFENDANT'S NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS**<br><br>Hearing Date: February 3, 2020<br>Hearing Time: 1:30 PM<br>Courtroom: 6A<br>Judge: Judge Philip S. Gutierrez |

1  PLEASE TAKE NOTICE THAT at 1:30PM on February 3, 2020, or as soon
2  thereafter as may be heard, before The Honorable Philip S. Gutierrez, in Courtroom
3  6A in the United States District Court for the Central District of California in Los
4  Angeles, California, Defendant Avid Technology, Inc. ("Avid") will and hereby does
5  move, in accordance with Fed. R. Civ. P. 12(b)(6), to dismiss the case against
6  Defendant, filed on August 30, 2019, as amended on November 13, 2019.

7  The grounds for this motion include that the patents-in-suit are directed to an
8  abstract idea and do not contain an inventive concept sufficient to transform the
9  claimed abstract idea into a patent-eligible application. The motion is based upon this
10 Notice and Motion, the attached Memorandum of Points and Authorities, the pleadings
11 and records on file in this action, and upon any additional evidence and argument that
12 may be presented before or at the hearing of this motion.

13 This motion is made following the conference of counsel pursuant to L.R. 7-3.
14 Counsel met and conferred via telephone on November 22, 2019 but were unable to
15 reach an agreement as to the subject matter eligibility of the asserted patents. On the
16 conference, Counsel for Plaintiff Eureka Database Solutions LLC waived the seven-
17 day waiting period per L.R. 7-3.

18 DATED: November 27, 2019     By: /s/ Bruce L. Ishimatsu
19                                   Bruce L. Ishimatsu

20                                   Hilary L. Preston, (*Pro Hac Vice*)
                                       hpreston@velaw.com
21                                   VINSON & ELKINS L.L.P.
                                     666 Fifth Avenue, 26th Floor
22                                   New York, New York 10103
                                     Telephone: (212) 237-0129
23                                   Facsimile: (917) 849-5342

24                                   Parker D. Hancock, (*Pro Hac Vice*)
                                     phancock@velaw.com
25                                   VINSON & ELKINS L.L.P.
                                     1001 Fannin St., Suite 2600
26                                   Houston, Texas 77002
                                     Telephone: (713) 758-2153
27                                   Facsimile: (713) 615-5140

28                                   Matthew J. Melancon, (*Pro Hac Vice*)

1

mmelancon@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512) 542-8470
Facsimile: (512) 542-8612

Bruce L. Ishimatsu (CSBN 86145)
  bruce@ishimatsulaw.com
ISHIMATSU LAW GROUP P.C.
4712 Admiralty Way, No. 1012
Marina Del Rey, CA 90292
Telephone: (310) 200-4060
Facsimile: (310) 496-1540

Attorneys for Defendant
AVID TECHNOLOGY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, the document above was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case

*/s/ Bruce L. Ishimatsu*
Bruce L. Ishimatsu