

1. STEPHEN M. LOBBIN
sml@smlavvocati.com
2. California Bar No. 181195
SML AVVOCATI P.C.
3. 969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
4. Telephone: 949.636.1391

5. CABRACH J. CONNOR
cab@connorkudlaclee.com
6. Texas Bar No. 24036390 (*admitted pro hac vice*)
JENNIFER TATUM LEE
7. jennifer@connorkudlaclee.com
Texas Bar No. 24046950 (*admitted pro hac vice*)
8. 609 Castle Ridge Road, Suite 450
Austin, TX 78746
9. Telephone: 512.777.1254
Facsimile: 888.387.1134

Attorneys for Plaintiff
EUREKA DATABASE SOLUTIONS, LLC

E-FILED
FEB 10 2020
Document #_____

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EUREKA DATABASE SOLUTIONS, LLC, | NO. 2:19-CV-7583-PSG-PJW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL;** order |
| vs. | Judge: Hon. Philip S. Gutierrez |
| AVID TECHNOLOGY, INC. | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this action, with prejudice.

STIPULATION OF DISMISSAL – CASE NO 19-CV-7583-PSG-PJW       Page 1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: January 31, 2020 | | **Connor Kudlac Lee PLLC** |
| | | By: /s/ Cabrach J. Connor |
| | | STEVEN M. LOBBIN |
| | | sml@smlavvocati.com |
| | | California Bar No. 181195 |
| | | SML AVVOCATI P.C. |
| | | SML Avvocati P.C. |
| | | 969 Hilgard Avenue, Suite 1012 |
| | | Los Angeles, CA 90024 |
| | | Telephone: 949.636.1391 |
| | | |
| | | Cabrach J. Connor |
| | | cab@connorkudlaclee.com |
| | | Texas Bar No. 24036390 (pro hac vice) |
| | | Jennifer Tatum Lee |
| | | jennifer@connorkudlaclee.com |
| | | Texas Bar No. 24046950 (pro hac vice) |
| | | **CONNOR KUDLAC LEE PLLC** |
| | | 609 Castle Ridge Road, Suite 450 |
| | | Austin, TX 78746 |
| | | Telephone: 512.777.1254 |
| | | Facsimile: 888.387.1134 |
| | | |
| | | *Attorneys for Plaintiff* |
| | | Eureka Database Solutions LLC |
| Dated: January 31, 2020 | | **Vinson & Elkins, LLP** |
| | | By: /s/ Hilary L. Preston |
| | | Hilary L. Preston, (Pro Hac Vice) |
| | | hpreston@velaw.com |
| | | VINSON & ELKINS L.L.P. |
| | | 666 Fifth Avenue, 26th Floor |
| | | New York, New York 10103 |
| | | Telephone: (212) 237-0129 |
| | | Facsimile: (917) 849-5342 |
| | | |
| | | Parker D. Hancock, (Pro Hac Vice) |
| | | phancock@velaw.com |
| | | VINSON & ELKINS L.L.P. |
| | | 1001 Fannin St., Suite 2600 |
| | | Houston, Texas 77002 |
| | | Telephone: (713) 758-2153 |
| | | Facsimile: (713) 615-5140 |
| | | |
| | | Matthew J. Melancon, (Pro Hac Vice) |
| | | mmelancon@velaw.com |
| | | VINSON & ELKINS L.L.P. |
| | | 2801 Via Fortuna, Suite 100 |
| | | Austin, Texas 78746 |
| | | Telephone: (512) 542-8470 |
| | | Facsimile: (512) 542-8612 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bruce L. Ishimatsu (CSBN 86145)
bruce@ishimatsulaw.com
ISHIMATSU LAW GROUP P.C.
4712 Admiralty Way, No. 1012
Marina Del Rey, CA 90292
Telephone: (310) 200-4060
Facsimile: (310) 496-1540

*Attorneys for Defendant*
AVID TECHNOLOGY, INC.

IT IS SO ORDERED.
DATED: 2/14/2020

_____
UNITED STATES DISTRICT JUDGE